Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENDEL, <br> Plaintiffs <br> vs. <br> CENLAR CAPITAL CORPORATION d/b/a CENLAR FSB; and DOES 1-10 inclusive, <br> Defendants. | Case No. <br><br> 8:21-cv-01203-JLS-ADS <br><br> **JOINT NOTICE OF DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party shall bear their own costs and attorney fees.

    ///

Respectfully submitted this 8th Day of May, 2022,

Law Offices of Todd M. Friedman P.C

By: _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

HOUSER LLP
/s/ Timothy A. Schneider
Timothy A. Schneider
Attorneys for Defendant,
Cenlar FSB

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 8, 2022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on May 8, 2022 with:

United States District Court CM/ECF system

Notification sent electronically on May 8, 2022 to:

To the Honorable Court, all parties and their Counsel of Record

                               s/ Todd M. Friedman, Esq
                               Todd M. Friedman